IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BRUCE L. PILLSBURY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-3139 |
| | ) | |
| TIMOTHY W. MARTIN, in his | ) | |
| Official Capacity as Secretary, | ) | |
| Illinois Department of Transportation | ) | |
| and Individually, and JULIE CURRY, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Defendants' motion for leave to cite supplemental authority in support of their motion for summary judgment.

The Defendants seek an Order granting them leave of Court to cite three recent opinions as additional authority in support of their motion for summary judgment. They have attached the one Seventh Circuit opinion

1

and two district court opinions to their motion for leave. The Defendants contend that based on these cases, they are entitled to summary judgment.

In his response to the Defendants' motion for leave, the Plaintiff disputes that these cases compel granting the motion for summary judgment. However, he agrees that these cases should be considered by the Court in ruling on the motion for summary judgment.

Ergo, the Defendants' motion for leave to cite supplemental authority in support of their motion for summary judgment [d/e 20] is ALLOWED.

ENTER: June 1, 2006

        FOR THE COURT:

        s/Richard Mills
        United States District Judge